UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 21, 2020     **Time:** 12:10pm – 1:00pm     **Judge:** William Alsup

**Case No.**: 18-cr-00278-WHA-1     **Case Name:** United States v. Emmanuel Gonzalez Sanchez

**Attorney for Government:** Tom Colhurst
**Attorney for Defendant:** Edward Swanson; Audrey Barron
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angela DiIenno                           **Court Reporter:** Debra Pas
**Interpreter:** Wendy Maestracci                          **Probation Officer:** Shonte Brittle

## PROCEEDINGS

1. Sentencing -- Held

## SUMMARY

Defendant is committed to the Bureau of Prisons for a term of 8 days with credit for time served on three counts charged in the Superseding Indictment. All terms to be served concurrently. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years as to Counts 1 and 2; 5 years as to Count 3. All terms to run concurrently with each other. A special assessment fee of $300 is imposed. Fine waived.
See Judgment for special conditions.

CASE CONTINUED TO: **December 22, 2020, at  12:00 PM, for Progress Report**